FILED

2011 NOV -9 AM 9:39

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
         E FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASTLE KEY INSURANCE COMPANY,

        Plaintiff,

v.                                Case No. 3:11-cv-581-J-20JRK

CITY OF STARKE,

        Defendant.
_____/

## ORDER

This case is before the Court *sua sponte*. On October 25, 2011, this Court entered an Order (Dkt. #6) directing the Plaintiff to show cause as to why this case should not be dismissed for failure to file a Case Management Report. On November 2, 2011, Plaintiff filed the required Case Management Report (Dkt #8). Accordingly, it is hereby

**ORDERED** that this Court's Order to Show Cause (Dkt #6) is hereby **DISCHARGED**

**DONE AND ORDERED** at Jacksonville, Florida, this _9th_ day of November, 2011.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:    Mark Grotefield, Esq.
                Stephen Cohen, Esq.
                Marianne Aho, Esq.
                Meagan Logan, Esq.